JAMES S. KNOPF (CSBN 178934)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Tel: 650-627-9500
Fax: 888-808-5001
Email: jsk@knopflaw.com

~~ORIGINAL~~
FILED
E-filing FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EMC

Sharon D. Yasin, individually and on behalf of all similarly situated individuals,

    Plaintiff

v.

Equifax Information Services, LLC,

    Defendant.

Case No. CV 08 1234

NOTICE OF INTERESTED PARTIES

L.R. 3-16

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Sharon D. Yasin (plaintiff)
    909 Franklin Street #9
    San Francisco, CA 94109

    James S. Knopf, Esq.
    1840 Gateway Drive, Suite 200
    San Mateo, California 94404

-

1

CERTIFICATION AS TO INTERESTED PARTIES

| | |
|---|---|
| 1 | **LEHRMAN & LEHRMAN, P.A.** |
|   | Seth Lehrman, Esq. |
| 2 | 1801 North Pine Island Rd., Suite 103 |
|   | Plantation, Florida 33322 |
| 3 | |
| 4 | **STEVEN F. GROVER, P.A.** |
|   | Steven F. Grover |
| 5 | 1 East Broward Blvd., Suite 700 |
|   | Fort Lauderdale, Florida 33301 |
| 6 | |
| 7 | Dated this 28th day of February, 2008. |

Respectfully Submitted by,

**LAW OFFICES OF JAMES S. KNOPF**

By: _____

James S. Knopf (CSBN 178934)
1840 Gateway Drive, Suite 200
San Mateo, California 94404
Telephone 650-627-9500
jsk@knopflaw.com

**LEHRMAN & LEHRMAN, P.A.**
Seth Lehrman (CSBN 178303)
1801 North Pine Island Rd., Suite 103
Plantation, Florida 33322
Telephone 954-472-9990
seth@LehrmanLaw.com
(Seeking admission to Central District of California)

**STEVEN F. GROVER, P.A.**
Steven F. Grover
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
954-356-0005
lawhelp@earthlink.net
(Seeking Pro Hac Vice Admission pursuant to Local Rule 83-2.4)

Attorneys for Plaintiff and Proposed Class

2

CERTIFICATION AS TO INTERESTED PARTIES