# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Sharon D. Yasin

v.

Equifax Information Services, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1234 EMC

BY FAX

TO: (Name and address of defendant)
Equifax Information Services, LLC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James S. Knopf, Esq.
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Dr., Ste. 200
San Mateo, CA 94404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 9 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK