1  THOMAS P. QUINN, JR. (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No: 08-cv-1234 EMC<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including April 30, 2008.

Dated this 17th day of March, 2008.

LEHRMAN & LEHRMAN, P.A.                          NOKES & QUINN


 /s/ SETH LEHRMAN                                 /s/ THOMAS P. QUINN, JR.
SETH LEHRMAN, SBN: 178303                        THOMAS P. QUINN, JR
Attorney for Plaintiff                            Attorney for Defendant Equifax

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
STIPULATION TO EXTENSION OF TIME FOR DEFENDANT
EQUIFAX TO RESPOND TO COMPLAINT
Case No: 08-cv-1234 EMC

## **CERTIFICATE OF SERVICE**

YASIN v EQUIFAX, et al, CASE NO:  CV08-01234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 17, 2008. I served a true copy of the

**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the parties on the attached SERVICE LIST.

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet per the attached SERVICE LIST.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 /s/  YVONNE M. HOMAN
                                                 YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on March 17, 2008, at Laguna Beach, California.

**SERVICE LIST**

James S. Knopf
Law Offices of James S. Knopf
1840 Gateway Drive, Suite 200
San Mateo, California 94404

Seth Lehrman
Lehrman& Lehrman, PA
1801 North Pine Island Rd., Suite 103
Plantation, Florida 33322
Tel. 95-472-9990  Fax 954-727-9990
seth@lehrmanlaw.fdn.com
www.LehrmanLaw.com

Steven F. Grover, P.A.
Steven F. Grover
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301