THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No:   08-cv-1234 EMC<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT** |

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:**

Defendant Equifax Information Services LLC shall answer, move or otherwise respond to the Complaint on or before April 30, 2008.

DATED: _____

HON. EDWARD M. CHEN, JUDGE
UNITED STATES DISTRICT COURT

- 1 –
[PROPOSED] ORDER ON STIPULATION TO EXTENSION OF TIME FOR EQUIFAX TO RESPOND TO COMPLAINT
Case No: 08-cv-1234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055