THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>          Defendant. | Case No:   08-cv-1234 EMC<br><br>[~~PRO~~POSED] ORDER ON STIPULATION TO EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT |

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:**

Defendant Equifax Information Services LLC shall answer, move or otherwise respond to the Complaint on or before April 30, 2008.

DATED: March 19, 2008

_____
HON. EDWARD M. CHEN
UNITED STATES [DISTRICT JUDGE]

*IT IS SO ORDERED — Judge Edward M. Chen*

- 1 –
[~~PRO~~POSED] ORDER ON STIPULATION TO EXTENSION OF TIME FOR EQUIFAX TO RESPOND TO COMPLAINT
Case No: 08-cv-1234 EMC