THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., <br><br>Defendant. | Case No:   08-cv-1234 EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF EQUIFAX INFORMATION SERVICES LLC** |

**TO THE HONORABLE COURT; AND**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel will appear in this matter on behalf of Defendant EQUIFAX INFORMATION SERVICES, LLC and hereby requests that all notice and papers electronically filed or served in this matter be served on counsel at the following address:

THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.co

- 1 –

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF
EQUIFAX INFORMATION SERVICES LLC
Case No: 08-cv-1234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

NOKES & QUINN

Dated: March 20, 2008

/s/  THOMAS P. QUINN, JR.
THOMAS P. QUINN, JR.,
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES, LLC

Of Counsel:

Stephanie Cope , Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF
EQUIFAX INFORMATION SERVICES LLC
Case No: 08-cv-1234 EMC

**CERTIFICATE OF SERVICE**

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 20, 2008. I served a true copy of the

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF EQUIFAX INFORMATION SERVICES LLC**

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

    Seth Lehrman
    Lehrman& Lehrman, PA
    1801 North Pine Island Rd., Suite 103
    Plantation, Florida 33322

    Steven F. Grover, P.A.
    Steven F. Grover
    1 East Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33301

[X]   By ECF: On this date, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

    James S. Knopf
    Law Offices of James S. Knopf
    1840 Gateway Drive, Suite 200
    San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    /S/ YVONNE M. HOMAN
    YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on March 20, 2008, at Laguna Beach, California.

- 3 –

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF
EQUIFAX INFORMATION SERVICES LLC
Case No: 08-cv-1234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055