1  Thomas P. Quinn
2  Nokes & Quinn
   450 Ocean Ave.
3  Laguna Beach, CA  92651
   Tel: (949) 376-3055
4  Fax:  (949) 376-3070
5  E-mail: tquinn@nokesquinn.com

6  John Anthony Love, Esq.
   King & Spalding LLP
7  1180 Peachtree Street N.E.
8  Atlanta, GA  30309-3521
   Tel: (404) 215-5913
9  Fax: (404) 572-5100
10 Email: TLove@kslaw.com

11 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES, LLC
12

FILED
MAR 31 2008
RICHARD W. [...]
CLERK, U.S. DIST[...]
NORTHERN DISTRICT O[...]

13           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 SHARON D. YASIN,                )
                                   )
16         Plaintiff,               )   Case No. 3:08-CV-01234-EMC
                                   )
17    vs.                           )   ***APPLICATION FOR ADMISSION***
                                   )   ***OF ATTORNEY PRO HAC VICE***
18                                  )
                                   )
19 EQUIFAX INFORMATION SERVICES,   )
   LLC,                            )
20                                  )
                                   )
21         Defendants.              )
   _____)
22
           Pursuant to Civil L.R. 11-3, John Anthony Love, an active member in good standing of
23
   the bar of Georgia, hereby applies for admission to practice in the Northern District of California
24
   on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled
25
26 action.
27         In support of this application, I certify on oath that:
28

- 1 -
**ORIGINAL**

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2008.

By: _____
John Anthony Love, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5913
Fax: (404) 572-5100
TLove@kslaw.com
Attorneys for Equifax Information Services LLC

# CERTIFICATE OF SERVICE

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 28, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

>Seth Lehrman
>Lehrman& Lehrman, PA
>1801 North Pine Island Rd., Suite 103
>Plantation, Florida 33322
>
>Steven F. Grover, P.A.
>Steven F. Grover
>1 East Broward Blvd., Suite 700
>Fort Lauderdale, Florida 33301
>
>James S. Knopf
>Law Offices of James S. Knopf
>1840 Gateway Drive, Suite 200
>San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Yvonne M. Homan* (signature)
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on March 28, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055