RECEIVED MAR 31 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON D. YASIN,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

Case No. 3:08-CV-01234-EMC

***ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE***

John Anthony Love, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5913, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 4, 2008

Edward M. Chen
United States Magistrate Judge

- 3 -

ORIGINAL