<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sharon D. Yasin                                                          No. C08-1234 EMC

        Plaintiff,

   v.                                                                              **CLERK'S NOTICE**

Equifax Information Services, LLC,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the Case Management Conference set for June 4, 2008 at 1:30 p.m. is reset for **June 11, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Statement shall be filed by June 4, 2008.

Dated: April 8, 2008

                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk

                                     by:  _____
                                         Betty Fong
                                         Courtroom Deputy