1 THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
2 450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
3 Tel: (949) 376-3055
Fax: (949) 376-3070
4 Email: tquinn@nokesquinn.com

5 JOHN ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
6 KING & SPALDING
1180 PEACHTREE STREET, N.E.
7 ATLANTA, GA 30309
Tel: (404) 572-4600
8 Fax: (404) 572-5100
Email: TLove@KSLAW.com

Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No:   08-CV-01234 EMC<br><br>**NOTICE OF MOTION AND MOTION TO STAY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF J. ANTHONY LOVE; [PROPOSED] ORDER**<br><br>**Date: June 11, 2008**<br>**Time: 10:30 a.m.**<br>**Place:  Courtroom C, 15th floor**<br>**Hon. Judge Edward M. Chen** |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-1-

NOTICE OF MOTION AND MOTION TO STAY
Case No: 08-CV-01234 EMC

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

2  **PLEASE TAKE NOTICE** that on June 11, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward M. Chen, United States District Court, Northern District of California, Equifax Information Services LLC ("Equifax") will and hereby does move the Court for an order staying the pending case.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities and exhibits thereto; the pleadings and other files herein; and such other written and oral argument as may be presented to the Court.

Dated this 12th day of May, 2008.

          NOKES & QUINN

          /S/ THOMAS P. QUINN, JR.
          THOMAS P. QUINN, JR.
          Attorney for Defendant EQUIFAX
          INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-

NOTICE OF MOTION AND MOTION TO STAY
Case No: 08-CV-01234 EMC

# CERTIFICATE OF SERVICE

YASIN v EQUIFAX, et al., CASE NO: CV 08 1234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 12, 2008. I served a true copy of the

**DEFENDANT EQUIFAX'S NOTICE OF MOTION AND MOTION TO STAY**

[ X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

>Seth Lehrman
>Lehrman& Lehrman, PA
>1801 North Pine Island Rd., Suite 103
>Plantation, Florida 33322

>Steven F. Grover, P.A.
>Steven F. Grover
>1 East Broward Blvd., Suite 700
>Fort Lauderdale, Florida 33301

[X]    By ECF: On this date, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

>James S. Knopf
>Law Offices of James S. Knopf
>1840 Gateway Drive, Suite 200
>San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of May, 2008, at Laguna Beach, California.

/S/ YVONNE M. HOMAN
YVONNE M. HOMAN

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-3-

NOTICE OF MOTION AND MOTION TO STAY
Case No: 08-CV-01234 EMC