1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   Georgia Bar No: 459155
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 572-4600
8  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
9
   Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

13  **UNITED STATES DISTRICT COURT**

14  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, | Case No:   08-CV-01234 EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO STAY** |
| EQUIFAX INFORMATION SERVICES, LLC., | |
| Defendant. | **Date:  June 11, 2008**<br>**Time: 10:30 a.m.**<br>**Place:  Courtroom C, 15th floor**<br>**Hon. Judge Edward M. Chen** |

Defendant has moved this Court to stay the present case pending further proceedings in the *Villaflor v. Equifax Information Services LLC* case pending in the Central District of California which bears claims substantially similar to the ones made in present case.  Defendant

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-1-
[PROPOSED] ORDER GRANTING MOTION TO STAY
CASE NO.: 08-CV-01234 EMC

1  has filed a Motion to Transfer that case to this Court and anticipates the filing of a Motion to

2  Consolidate the two cases if the Motion to Transfer is granted.  After reviewing the pleadings and

3  memoranda of the parties in this action, the Court has determined that good cause exists to stay

4  this case to promote judicial economy and avoid the risk of inconsistent results.  Good cause

5  appearing, therefor,

6  **IT IS HEREBY ORDERED THAT:**

7  1. That this case is stayed until further order of the Court; and

8  2. Counsel for Defendant Equifax is ordered to notify the Court when the Motion to

9  Transfer in the *Villaflor* case has been ruled upon by the *Villaflor* court and to provide this Court

10  with a copy of any related order.

11

12  DATED: _____

13                                                  JUDGE, UNITED STATES DISTRICT COURT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-
[PROPOSED] ORDER GRANTING MOTION TO STAY
CASE NO.: 08-CV-01234 EMC