1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   GA Bar No: 459155
6  STEPHANIE COPE [Pro Hac Vice]
   GA Bar No:  214378
7  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
8  ATLANTA, GA 30309
   Tel: (404) 572-4600
9  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
10 Email: scope@KSLAW.com

11 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | SHARON D. YASIN,                                | ) Case No:   3:08-CV-01234  EMC
17 | individually and on behalf of all similarly    | )
   | situated individuals,                           | )
18 |                                                 | ) **NOTICE OF MOTION AND MOTION**
   |                         Plaintiff,              | ) **TO DISMISS; MEMORANDUM OF**
19 |                                                 | ) **POINTS AND AUTHORITIES IN**
20 | v.                                              | ) **SUPPORT THEREOF; DECLARATION**
   |                                                 | ) **OF J. ANTHONY LOVE;**
21 | EQUIFAX INFORMATION SERVICES,                   | ) **[PROPOSED] ORDER**
   | LLC.,                                           | )
22 |                                                 | ) **Date:   June 11, 2008**
   |                         Defendant.              | ) **Time:  10:30 a.m.**
23 |                                                 | ) **Place:  Courtroom C, 15th floor**
   |                                                 | ) **Hon.    Edward M. Chen**

-1-

NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF
CASE NO.: 3:08-CV-01234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on June 11, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Edward M. Chen, United States District Court, Northern District of California, Equifax will, and hereby does, move the Court for an order dismissing the claims for injunctive and declaratory relief contained in Plaintiff's Amended Complaint.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities and exhibits thereto; the pleadings and other files herein; and such other written and oral argument as may be presented to the Court.

Dated this 12th day of May, 2008.

NOKES & QUINN

/S/ THOMAS P. QUINN, JR._____ _
THOMAS P. QUINN, JR.
Attorney for Defendant EQUIFAX
INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-
NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF
CASE NO.: 3:08-CV-01234 EMC

## CERTIFICATE OF SERVICE

YASIN v DEFENDANT EQUIFAX, et al., CASE NO: CV 08 1234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 12, 2008, I served a true copy of the

**NOTICE OF MOTION AND MOTION TO DISMISS**

[ X ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Seth Lehrman
> Lehrman& Lehrman, PA
> 1801 North Pine Island Rd., Suite 103
> Plantation, Florida 33322
>
> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301

[X]  By ECF: On this date, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

> James S. Knopf
> Law Offices of James S. Knopf
> 1840 Gateway Drive, Suite 200
> San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

> /S/ YVONNE M. HOMAN
> YVONNE M. HOMAN

-3-

NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF
CASE NO.: 3:08-CV-01234 EMC