1 | THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice]
GA Bar No:  214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN,<br>individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>    Defendant. | Case No:   3:08-CV-01234 EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>**Date: June 11, 2008**<br>**Time: 10:30 a.m.**<br>**Place: Courtroom C, 15th floor**<br>**Hon. Judge Edward M. Chen** |

-1-

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO.: 3:08-CV-01234-EMC

Defendant has moved this Court to dismiss the claims for injunctive and declaratory relief contained in Plaintiff's Complaint, as amended.

After reviewing the pleadings and memoranda of the parties in this action, the Court has determined that good cause exists for granting Defendant's motion and dismissing the claims for injunctive and declaratory relief, including the requests for such relief contained in paragraphs 24 through 26 of Plaintiff's Amended Complaint.  Plaintiff's claims in this case are brought under the federal Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq*. ("FCRA").  The FCRA does not provide for injunctive or declaratory relief.  *Howard v. Blue Ridge Bank, et al.*, 371 F. Supp.2d 1139 (N.D. Cal. 2005).   Good cause appearing, therefore

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's claims for injunctive and declaratory relief contained in Plaintiff's Complaint, as amended, including the requests for such relief contained in paragraphs 24 through 26 of Plaintiff's Amended Complaint, are hereby dismissed with prejudice;

2. It is further ordered that Defendant Equifax shall file its answer or other responsive pleading to the remaining portions of Plaintiff's Amended Complaint within ten (10) days from the date of this order.

DATED:

_____
JUDGE, UNITED STATES DISTRICT COURT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055