THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No: 08-cv-1234 EMC<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- 1 –

DEFENDANT EQUIFAX'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
Case No: 08-cv-1234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1. Equifax Information Services LLC, successor in interest to Equifax Credit Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company; and

2. Equifax Inc., a Georgia corporation, and a publicly traded company.

NOKES & QUINN

Dated:  May 12, 2008            /S/ THOMAS P. QUINN, JR.
                                THOMAS P. QUINN, JR.
                                Attorney for Defendant EQUIFAX
                                INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 12, 2008. I served a true copy of the

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

>Seth Lehrman
>Lehrman& Lehrman, PA
>1801 North Pine Island Rd., Suite 103
>Plantation, Florida 33322

>Steven F. Grover, P.A.
>Steven F. Grover
>1 East Broward Blvd., Suite 700
>Fort Lauderdale, Florida 33301

[X]   By ECF: On this date, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

>James S. Knopf
>Law Offices of James S. Knopf
>1840 Gateway Drive, Suite 200
>San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2008, at Laguna Beach, California.

/S/ YVONNE M. HOMAN
YVONNE M. HOMAN

- 3 –

DEFENDANT EQUIFAX'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
Case No: 08-cv-1234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055