1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   Georgia Bar No: 459155
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 572-4600
8  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
9
   Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

11

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  SHARON D. YASIN, individually and on behalf of all similarly situated individuals, | Case No:   08-CV-01234 EMC |
| 17 | |
| 18              Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 19  v. | |
| 20  EQUIFAX INFORMATION SERVICES, LLC., | |
| 21              Defendant. | |

23  ///
24  ///
25  ///
26  ///
27
28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.: 08-CV-01234 EMC

1  The undersigned party hereby declines to consent to the assignment of this case to a
2  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
3  this case to a United States District Judge.

4  NOKES & QUINN

6  Dated: May 12, 2008                             /S/ THOMAS P. QUINN, JR.
                                                    THOMAS P. QUINN, JR.
7                                                   Defendant EQUIFAX
                                                    INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.: 08-CV-01234 EMC

# CERTIFICATE OF SERVICE

YASIN v DEFENDANT EQUIFAX, et al. CASE NO: CV 08 1234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 12th 2008 I served a true copy of the

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Seth Lehrman
> Lehrman& Lehrman, PA
> 1801 North Pine Island Rd., Suite 103
> Plantation, Florida 33322

> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301

[X]   By ECF: On this date, I electronically filed the above-referenced document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as follows:

> James S. Knopf
> Law Offices of James S. Knopf
> 1840 Gateway Drive, Suite 200
> San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of May, 2008, at Laguna Beach, California


/S/ YVONNE M. HOMAN
YVONNE M. HOMAN

-3-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO.: 08-CV-01234 EMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055