JAMES S. KNOPF (CSBN 178934)
LAW OFFICES OF JAMES S. KNOPF
1840 Gateway Drive, Suite 200
San Mateo, CA 94404
Tel: 650-627-9500
Fax: 888-808-5001
Email: jsk@knopflaw.com

Attorneys for Plaintiff and Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC., <br><br> Defendant. | Case No:   08-cv-1234 MMC <br><br> **STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008 PURSUANT TO L.R. 6-2 and 7-7** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that the hearings set for June 11, 2008 on Defendant's Motion to Dismiss and Motion to Stay, respectively, shall be continued to another date on or after July 8, 2008.

This continuance is being sought to allow Plaintiff time to prepare and file an opposition to Defendant's motion to dismiss and motion to stay which were filed on May 12, 2008.

The parties have not previously stipulated to continue the June 11 hearing date.

On March 17, 2008 the parties entered into a stipulation which extended the time for Defendant to file an answer.

That a scheduling order has not been entered in the instant action. Accordingly, the proposed continuance would have little, if any, effect on the schedule for this case.

1  Dated this 21st day of May, 2008.
2  LAW OFFICES OF JAMES S. KNOPF                    NOKES & QUINN
3
4  _____                  _____
5  JAMES S. KNOPF                                   THOMAS P. QUINN, JR.
   Attorney for Plaintiff                           Attorney for Defendant Equifax
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008**

**[PROPOSED] ORDER**

The hearings set for June 11, 2008 on Defendant's Motion to Dismiss and Motion to Stay, respectively, shall be continued to another date on or after July 8, 2008.

shall be continued to the _____ day of _____, 2008.

IT IS SO ORDERED.

Dated: May _____, 2008

_____
Honorable Maxine M. Chesney
District Judge of the United States
District Court for the Northern District of California

**CERTIFICATE OF SERVICE**

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Mateo, State of California, and not a party to the above-entitled cause.

On May 21, 2008. I served a true copy of the

**STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008 PURSUANT TO L.R. 6-2 and 7-7**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[**X**]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all other parties appearing on the docket sheet;

> THOMAS P. QUINN, JR.
> NOKES & QUINN
> 450 OCEAN AVENUE
> LAGUNA BEACH, CA 92651
>
> JOHN ANTHONY LOVE, ESQ.
> KING & SPALDING
> 1180 Peachtree Street, N.E.
> Atlanta, GA 30309
>
> Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/S/ JAMES S. KNOPF____
JAMES S. KNOPF

Place of Mailing: San Mateo, California
Executed on May 21, 2008, at San Mateo, California.

- 4 –

Case No: 08-cv-1234 EMC