| | |
|---|---|
| 1 | JAMES S. KNOPF (CSBN 178934) |
| 2 | LAW OFFICES OF JAMES S. KNOPF<br>1840 Gateway Drive, Suite 200 |
| 3 | San Mateo, CA 94404<br>Tel: 650-627-9500 |
| 4 | Fax: 888-808-5001 |
| 5 | Email: jsk@knopflaw.com |
| 6 | Attorneys for Plaintiff and Proposed Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, | Case No:   08-cv-1234 MMC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008 PURSUANT TO L.R. 6-2 and 7-7** ; ORDER THEREON |
| EQUIFAX INFORMATION SERVICES, LLC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that the hearings set for June 11, 2008 on Defendant's Motion to Dismiss and Motion to Stay, respectively, shall be continued to another date on or after July 8, 2008.

This continuance is being sought to allow Plaintiff time to prepare and file an opposition to Defendant's motion to dismiss and motion to stay which were filed on May 12, 2008.

The parties have not previously stipulated to continue the June 11 hearing date.

On March 17, 2008 the parties entered into a stipulation which extended the time for Defendant to file an answer.

That a scheduling order has not been entered in the instant action. Accordingly, the proposed continuance would have little, if any, effect on the schedule for this case.

1

STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008

1  Dated this 21st day of May, 2008.

2  LAW OFFICES OF JAMES S. KNOPF                    NOKES & QUINN

3

4  _____                  _____
   JAMES S. KNOPF                                   THOMAS P. QUINN, JR.
5  Attorney for Plaintiff                           Attorney for Defendant Equifax

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2 **The hearings set for June 11, 2008 on Defendant's Motion to Dismiss and Motion to

3 Stay, respectively,** ~~having been vacated by the Reassignment Order filed May 21, 2008, the~~ ~~shall be continued to another date on or after July 8, 2008.~~

4 hearings are hereby scheduled for July 18, 2008, at 9:00 a.m.

5 ~~shall be continued to the _____ day of _____, 2008.~~

6 **IT IS SO ORDERED.**

7

8 Dated: May __27__, 2008

9

10 _____
Honorable Maxine M. Chesney
11 District Judge of the United States
12 District Court for the Northern District of
California
13

STIPULATION TO CONTINUE HEARINGS SET FOR JUNE 11, 2008