Thomas P. Quinn
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
Email: SCope@kslaw. com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES, LLC

FILED

08 MAY 28 PM 3: 11

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:08-CV-01234-EDC MMC |
| | ) |
| vs. | ) ***APPLICATION FOR ADMISSION*** |
| | ) ***OF STEPHANIE COPE PRO HAC VICE*** |
| | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil L.R. 11-3, <u>Stephanie Cope</u>, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Equifax Information Services, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of the highest court of Georgia;

- 1 -

2.   I agree to abide by the Standards of Professional Conduct set forth in the Local

Rules of the Northern District of California and agree to become familiar with the

Alternative Dispute Resolution program of this Court; and

3.   An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA  92651
Tel:  (949) 376-3055
Fax:  (949) 376-3070
E-mail:  tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2008.

By: _____
Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA  30309-3521
Tel: (404) 215-5908
Fax: (404) 572-5100
SCope@kslaw.com
Attorneys for Equifax Information Services LLC

- 2 -

**CERTIFICATE OF SERVICE**

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 MMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 27, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Seth Lehrman
> Lehrman& Lehrman, PA
> 1801 North Pine Island Rd., Suite 103
> Plantation, Florida 33322
>
> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301
>
> James S. Knopf
> Law Offices of James S. Knopf
> 1840 Gateway Drive, Suite 200
> San Mateo, California 94404

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on May 27, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

RECEIVED

08 MAY 28 PM 3: 11

WIEKING
CLERK, U.S. HEARING COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3  SHARON C. YASIN,                      )
                                          )
4           Plaintiff,                    )        Case No. 3:08-CV-01234-EMC MMC
                                          )
5      vs.                                )        ***ORDER GRANTING APPLICATION FOR
                                          )        ADMISSION OF STEPHANIE COPE
6                                         )        PRO HAC VICE***
                                          )
7                                         )
   EQUIFAX INFORMATION SERVICES,          )
8  LLC,                                   )
                                          )
9           Defendants.                   )
                                          )
10 _____ )

11

12   Stephanie Cope              , an active member in good standing of the bar of  Georgia

13  whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street,

14  Atlanta, Georgia  30309, (404) 215-5908, having applied in the above-entitled action for

15  admission to practice in the Northern District of California on a *pro hac vice* basis, representing

16          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
17
    *vice.*  Service of papers upon and communication with co-counsel designated in the application
18
    will constitute notice to the party.  All future filings in this action are subject to the requirements
19
    contained in General Order No. 45, *Electronic Case Filing.*
20

21

22

23

24  Dated:_____

25
                                          _____
26                                        United States District Court Judge

27

28

- 3 -