Steven F. Grover, Esq.
Steven F. Grover, PA
One E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33301
Tel. 954-356-0005
Fax 954-356-0010
E-mail: lawhelp@earthlink.net

FILED
MAY 27 2008
CLERK, RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SHARON D. YASIN, ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY
SITUATED,

        Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.

CASE NO. 3:08-CV-01234-MMC (EMC struck through)

APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

---

    Pursuant to Civil L.R. 11-3, **Steven Frederick Grover, Esq.**, an active member in good standing of the Bar of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sharon Yasin, on behalf of herself and all others similarly situated, in the above-entitled action.

    In support of this application, I hereby certify under oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the Bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

JAMES S. KNOPF
LAW OFFICES OF JAMES S. KNOPF
(CSBN: 178934)
1840 Gateway Dr.
Suite 200
San Mateo, CA 94404
Tel. 650- 627-4500
E-MAIL: jsk@knopflaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2008

_____
Steven F. Grover

Respectfully submitted:

_____
STEVEN F. GROVER (Fla. Bar No. 131296)
LAW OFFICE OF STEVEN F. GROVER
ONE E. BROWARD BLVD.
SUITE 700
FT. LAUDERDALE, FL 33301
TEL. (954) 356-0005
FAX (954) 356-0010

# CERTIFICATE OF SERVICE

YASIN v EQUIFAX, et al, CASE NO: CV08-01234 MMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Mateo, State of California, and not a party to the above-entitled cause.

On May 23, 2008. I served a true copy of the

**Application for Admission of Attorney Pro Hac Vice; (Proposed) Order Granting Application for Admission of Attorney Pro Hac Vice**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ ]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> THOMAS P. QUINN, JR.
> NOKES & QUINN
> 450 OCEAN AVENUE
> LAGUNA BEACH, CA 92651
>
> JOHN ANTHONY LOVE, ESQ.
> KING & SPALDING
> 1180 Peachtree Street, N.E.
> Atlanta, GA 30309
>
> Attorneys for Defendant EQUIFAX
> INFORMATION SERVICES LLC

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JAMES S. KNOPF

Place of Mailing: San Mateo, California
Executed on May 23, 2008, at San Mateo, California.

- 1 -

Case No: 08-cv-1234 MMC

Case 3:08-cv-01234-MMC    Document 28-2    Filed 05/27/2008    Page 4 of 4



RECEIVED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | CASE NO. 3:08-CV-01234-MMC<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**Steven Frederick Grover, Esq.**, an active member in good standing of the Bar of Florida, whose business address and telephone number is Steven F. Grover, PA, One E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301, tel. 954-356-0005, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sharon Yasin, on behalf of herself and all others similarly situated,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated:_____           _____
                                United States District Judge
                                Northern District of California