THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 215-5913
Fax: (404) 572-5100
Email: TLove@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendant. | Case No: 08-cv-01234 MMC<br><br>**STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE AT THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: June 20, 2008<br>Time: 10:30 a.m.<br>Location: Ctrm 7, 19th Floor |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff SHARON D. YASIN, and counsel for Defendant EQUIFAX INFORMATION SERVICES LLC, that they shall be allowed to appear telephonically at the Case Management Conference set for June 20, 2008, at 10:30 a.m.

- 1 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  Plaintiff Yasin will be represented by Seth Lehrman whose office is in Plantation,
2  Florida.  Defendant Equifax will be represented by its counsel of record, John Anthony Love,
3  admitted pro hac vice in this matter, whose office is in Atlanta, Georgia.  Significant travel
4  costs and related expenses would be incurred by both Plaintiff's and Defendant's counsel in
5  order for them to appear in person at the Case Management Conference.  It is submitted that
6  good cause exists to allow counsel to appear telephonically.

7  Counsel has been informed and understands that the court will initiate the call and
8  further agrees to be available from 10:30 a.m. until called.

9  Mr. Lehrman's direct telephone number is:  (954) 472-9990

10  Mr. Love's direct telephone number is: (404) 215-5913.

11  **IT IS SO STIPULATED.**

12  LEHRMAN & LEHRMAN, P.A.

14  Dated:  June 3, 2008          /s/
15  SETH LEHRMAN
    Attorney for Plaintiff SHARON YASIN

17  NOKES & QUINN

19  Dated:  June 3, 2008          /s/
    THOMAS P. QUINN, JR
20  Attorney for Defendant EQUIFAX
    INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   Georgia Bar No: 459155
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 215-5913
8  Fax: (404) 572-5100
   Email: TLove@KSLAW.com

9
   Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

11

12                   **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14

| | | |
|---|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, | ) ) ) | Case No:   08-cv-01234 MMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **[PROPOSED] ORDER ON STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| EQUIFAX INFORMATION SERVICES, LLC., | ) ) ) ) | |
| Defendant. | ) ) | |
| | ) ) ) ) ) | Date:       June 20, 2008 Time:       10:30 a.m. Location:  Ctrm 7, 19th Floor |

25  ///
26  ///
27  ///
28  ///

- 3 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1 **ORDER**

2    Having reviewed the request of counsel herein, and good cause appearing therefor,

3    **IT IS HEREBY ORDERED THAT** counsel may appear telephonically at the Case

4 Management Conference on June 20, 2008, at 10:30 a.m.. The court will initiate the call and

5 counsel is instructed to be available from 10:30 a.m. until called.

6

7 DATED: _____    _____

8                                   HON. MAXINE M. CHESNEY, JUDGE
                                    UNITED STATES DISTRICT COURT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   Georgia Bar No: 459155
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 215-5913
8  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
9
   Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

11

12                          **UNITED STATES DISTRICT COURT**

13                          **NORTHERN DISTRICT OF CALIFORNIA**

14

| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, | ) ) ) | Case No:   08-cv-01234 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE AT THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC., | ) ) ) ) | |
| Defendant. | ) ) | |
| | ) ) ) ) ) ) ) | Date:        June 20, 2008<br>Time:       10:30 a.m.<br>Location:   Ctrm 7, 19th Floor |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff SHARON D. YASIN, and counsel for Defendant EQUIFAX INFORMATION SERVICES LLC, that they shall be allowed to appear telephonically at the Case Management Conference set for June 20, 2008, at 10:30 a.m.

- 1 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

1  Plaintiff Yasin will be represented by Seth Lehrman whose office is in Plantation,
2  Florida.  Defendant Equifax will be represented by its counsel of record, John Anthony Love,
3  admitted pro hac vice in this matter, whose office is in Atlanta, Georgia.  Significant travel
4  costs and related expenses would be incurred by both Plaintiff's and Defendant's counsel in
5  order for them to appear in person at the Case Management Conference.  It is submitted that
6  good cause exists to allow counsel to appear telephonically.
7  Counsel has been informed and understands that the court will initiate the call and
8  further agrees to be available from 10:30 a.m. until called.
9  Mr. Lehrman's direct telephone number is:  (954) 472-9990
10  Mr. Love's direct telephone number is: (404) 215-5913.
11  **IT IS SO STIPULATED.**
12  LEHRMAN & LEHRMAN, P.A.

14  Dated:  June 3, 2008        /s/
      SETH LEHRMAN
15    Attorney for Plaintiff SHARON YASIN

17  NOKES & QUINN

19  Dated:  June 3, 2008        /s/
      THOMAS P. QUINN, JR
20    Attorney for Defendant EQUIFAX
      INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   Georgia Bar No: 459155
6  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
7  ATLANTA, GA 30309
   Tel: (404) 215-5913
8  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
9
   Attorneys for Defendant EQUIFAX
10 INFORMATION SERVICES LLC

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | SHARON D. YASIN, individually and on behalf of all similarly situated individuals, ) | Case No:   08-cv-01234 MMC |
16 | ) |  |
17 | Plaintiff, ) |  |
18 | v. ) | **[PROPOSED] ORDER ON STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
19 | EQUIFAX INFORMATION SERVICES, LLC., ) |  |
20 | Defendant. ) |  |
21 | ) | Date:      June 20, 2008 |
22 | ) | Time:      10:30 a.m. |
   | ) | Location:  Ctrm 7, 19th Floor |
23 | ) |  |
24

25 ///

26 ///

27 ///

28 ///

- 3 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  **ORDER**

2  Having reviewed the request of counsel herein, and good cause appearing therefor,

3  **IT IS HEREBY ORDERED THAT** counsel may appear telephonically at the Case

4  Management Conference on June 20, 2008, at 10:30 a.m.. The court will initiate the call and

5  counsel is instructed to be available from 10:30 a.m. until called.

6

7  DATED: _____     _____

8          HON. MAXINE M. CHESNEY, JUDGE
        UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC