IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON T. YASIN,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

Case No. 3:08-CV-01234-EMC MMC

**ORDER GRANTING APPLICATION FOR ADMISSION OF STEPHANIE COPE PRO HAC VICE**

_Stephanie Cope_, an active member in good standing of the bar of Georgia whose business address and telephone number is <u>King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5908</u>, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 3, 2008

                                                United States District Court Judge

- 3 -