

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | CASE NO. 3:08-CV-01234-MMC<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**Steven Frederick Grover, Esq.**, an active member in good standing of the Bar of Florida, whose business address and telephone number is Steven F. Grover, PA, One E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301, tel. 954-356-0005, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sharon Yasin, on behalf of herself and all others similarly situated,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: June 3, 2008

                                      United States District Judge
                                      Northern District of California