# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Yasin,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Equifax Information Services, LLC,<br><br>                    Defendant(s). | 08-01234 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: June 5, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01234 MMC                        -2-

PROOF OF SERVICE

Case Name:      Yasin v. Equifax Information Services, LLC

Case Number:    08-01234 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On June 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   James Samuel Knopf
>   Law Offices of James S. Knopf
>   1840 Gateway Drive
>   Suite 200
>   San Mateo, CA 94404
>   jsk@knopflaw.com
>
>   Seth Michael Lehrman
>   Lehrman & Lehrman, P.A.
>   1801 North Pine Island Road
>   Suite 103
>   Plantation, FL 33322
>   seth@lehrmanlaw.com
>
>   Steven Frederick Grover
>   Steven F. Grover, PA
>   One E. Broward Boulevard, Suite 700
>   Ft. Lauderdale, FL 33301
>
>   Thomas P. Quinn
>   Nokes & Quinn

450 Ocean Avenue
Laguna Beach, CA 92651
yhoman@nokesquinn.com

John Anthony Love
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
TLove@kslaw.com

Stephanie D. Cope
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
scope@kslaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by: Timothy J. Smagacz

        *Timothy Smagacz*
        _____
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov