THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 215-5913
Fax: (404) 572-5100
Email: TLove@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC., <br><br> Defendant. | Case No:   08-cv-01234 MMC <br><br> **[PROPOSED]** ORDER ON STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE AT CASE MANAGEMENT CONFERENCE <br><br> Date:          June 20, 2008 <br> Time:          10:30 a.m. <br> Location:    Ctrm 7, 19th Floor |

///

///

///

///

- ⅔ -

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

Having reviewed the request of counsel herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** counsel  may appear telephonically at the Case Management Conference on June 20, 2008, at 10:30 a.m..  The court will initiate the call and counsel is instructed to be available from 10:30 a.m. until called.

DATED: ___June 6, 2008_____

_____
HON. MAXINE M. CHESNEY, JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO ALLOW COUNSEL TO APPEAR VIA TELEPHONE
AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No: 08-cv-1234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055