UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sharon D. Yasin

                Plaintiff(s),

        v.

Equifax Information Services LLC

                Defendant(s).

Case No.  08-cv-01234-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/6/08

                [Party]  Troy Kubes
                    Equifax Information Services LLC

Dated: 6/9/08

                [Counsel]