**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-filing

Date: JUN 2 0 2008

C-08-1234-MMC

Sharon Yasin   v   Equifax Information Systems

Attorneys: Seth Lehrman    John Anthony Love

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____   _____
2. _____   _____
3. _____   _____
4. _____   _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — Initial (By phone)

**ORDERED AFTER HEARING:**

Deadline for plaintiff to file motion for class certification is 4/3/09. Joint statement due 6/19/09. Defendant withdraws motion to stay scheduled for 7/18/08.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

( ) Referred to Magistrate For:_____
( ) By Court
(✓) CASE CONTINUED TO 6/26/09 @ 10:30 for Continued Case Management Conference

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by_____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ____ days
Type of Trial: ( )Jury   ( )Court

Notes: Discovery is stayed in this case pending the Central District ruling on motion to transfer Villaflor vs Equifax