THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice]
GA Bar No:  214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No:   3:08-CV-01234 MMC<br><br>**STIPULATION REQUESTING CHANGE OF HEARING TIME**<br><br>**Date:  July 18, 2008**<br>**Time:  9:00 a.m.**<br>**Place:  Courtroom 7, 19th Floor**<br>**Hon.    Judge Maxine M. Chesney** |

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-1-
STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  The parties jointly submit this Stipulation for Modification of time for the hearing scheduled for July 18, 2008 at 9:00 a.m. in connection with Defendant Equifax Information Services LLC's Motion to Dismiss and states as follows:

4  1. Equifax's counsel, Tony Love, is scheduled to appear before the Honorable Judge Susan Illston, Courtroom 10, in the case captioned *Eric Drew v. Equifax Information Services LLC, et al.,* Case No. 3:07-cv-00726-SI, United States District Court, Northern District of California, San Francisco Division on the parties' Motions for Summary Judgment, on July 18, 2008 at 9:00 a.m.

9  2. Equifax's counsel respectfully requests that the hearing in this case be moved to a later time on July 18, 2008.

11  3. Equifax has contacted the parties and the parties consent.

**IT IS SO STIPULATED.**

/s/ James S. Knopf
James S. Knopf
Law Offices of James S. Knopf
1840 Gateway Drive, Suite 200
San Mateo, California 94404

/s/ Seth Lehrman
Seth Lehrman
Lehrman& Lehrman, PA
1801 North Pine Island Rd., Suite 103
Plantation, Florida 33322

/s/ Steven F. Grover
Steven F. Grover, P.A.
Steven F. Grover
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301

s/ Stephanie Cope
Stephanie Cope
King and Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521

s/Thomas P. Quinn, Jr.

-2-
STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

1  Thomas P Quinn, Jr
   Nokes and Quinn
2  450 Ocean Avenue
3  Laguna Beach, CA 92651
   *Attorneys for Defendant Equifax Information Services LLC*
4
       Dated this 10th day of July, 2008.
5
                              KING & SPALDING
6

7                             /S/STEPHANIE D. COPE
                              STEPHANIE D. COPE
8                             Attorney for Defendant Equifax Information
                              Services LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-3-
STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

# CERTIFICATE OF SERVICE

YASIN v DEFENDANT EQUIFAX, et al, CASE NO: CV 08 1234 MMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On July 10, 2008, I served a true copy of the

STIPULATION REQUESTING CHANGE OF HEARING TIME

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> James S. Knopf
> Law Offices of James S. Knopf
> 1840 Gateway Drive, Suite 200
> San Mateo, California 94404
>
> Seth Lehrman
> Lehrman& Lehrman, PA
> 1801 North Pine Island Rd., Suite 103
> Plantation, Florida 33322
>
> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 10, 2008 at Atlanta, Georgia.

/S/ STEPHANIE COPE
STEPHANIE COPE

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-4-
STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC