1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   GA Bar No: 459155
6  STEPHANIE COPE, [Pro Hac Vice]
   GA Bar No:  214378
7  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
8  ATLANTA, GA 30309
   Tel: (404) 572-4600
9  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
10 Email: scope@KSLAW.com

11 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 SHARON D. YASIN,                          ) Case No:   3:08-CV-01234 MMC
   individually and on behalf of all similarly )
17 situated individuals,                     )
                                             ) **[PROPOSED] ORDER GRANTING**
18                                           ) **REQUEST FOR CHANGE OF HEARING**
                    Plaintiff,               ) **TIME**
19                                           )
20 v.                                        )
                                             ) **Date:  July 18, 2008**
21 EQUIFAX INFORMATION SERVICES LLC,)        ) **Time:  9:00 a.m.**
                                             ) **Place: Courtroom 7, 19th Floor**
22                  Defendant.                ) **Hon.   Judge Maxine M. Chesney**
                                             )
23                                           )
                                             )
24                                           )
                                             )
25                                           )
                                             )
26 _____)

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5166453                             -1-
         [PROPOSED] ORDER GRANTING REQUEST FOR CHANGE OF HEARING TIME
                                                    CASE NO.: 3:08-CV-01234 MMC

1   After reviewing the Stipulation Requesting Change of Hearing Time, the Court has
2   determined that good cause exists to change the hearing time. Therefore, it is hereby ordered that
3   the hearing on the parties Motion to Dismiss will be set for July 18, 2008 at _____ p.m.
4   SO ORDERED, this _____ day of July, 2008.

5
6                                              _____
                                               Judge, United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5166453

-2-
[PROPOSED] ORDER GRANTING REQUEST FOR CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC