1  THOMAS P. QUINN, JR. (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  JOHN ANTHONY LOVE [Pro Hac Vice]
   GA Bar No: 459155
6  STEPHANIE COPE, [Pro Hac Vice]
   GA Bar No: 214378
7  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
8  ATLANTA, GA 30309
   Tel: (404) 572-4600
9  Fax: (404) 572-5100
   Email: TLove@KSLAW.com
10 Email: scope@KSLAW.com

11 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
12

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15

16 SHARON D. YASIN,                              ) Case No: 3:08-CV-01234 MMC
   individually and on behalf of all similarly  )
17 situated individuals,                         )
                                                 ) **NOTICE OF WITHDRAWAL OF**
18                                               ) **STIPULATION REQUESTING CHANGE**
                      Plaintiff,                 ) **OF HEARING TIME**
19                                               )
20 v.                                            )
                                                 ) **Date:  July 18, 2008**
21 EQUIFAX INFORMATION SERVICES LLC,)            **Time:  9:00 a.m.**
                                                 ) **Place: Courtroom 7, 19th Floor**
22                    Defendant.                 ) **Hon.   Judge Maxine M. Chesney**
                                                 )
23                                               )
                                                 )
24                                               )
                                                 )
25                                               )
                                                 )
26 _____)

27

28

-1-
NOTICE OF WITHDRAWAL OF STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

1    1.    On July 10, 2008, the parties jointly submitted a Stipulation for modification of time for the hearing scheduled for July 18, 2008 at 9:00 a.m. in connection with Defendant Equifax Information Services LLC's Motion to Dismiss.

2.    Equifax's counsel, Tony Love, was scheduled to appear before the Honorable Susan Illston, Courtroom 10, in the case captioned *Eric Drew v. Equifax Information Services LLC, et al.,* Case No. 3:07-cv-00726-SI, United States District Court, Northern District of California, San Francisco Division on the parties' Motions for Summary Judgment, on July 18, 2008 at 9:00 a.m.

3.    On July 11, 2008, the Honorable Susan Illston, issued an order in *Eric Drew v. Equifax Information Services LLC, et al.,* Case No. 3:07-cv-00726-SI, removing the motions for summary judgment hearing from the July 18, 2008, 9:00 a.m. calendar. A copy of the order is attached. Therefore, the conflict has been resolved.

4.    Accordingly, Equifax withdraws the Stipulation Requesting Change of Hearing Time.

Dated this 15th day of July, 2008.

        KING & SPALDING

        /S/STEPHANIE D. COPE
        STEPHANIE D. COPE
        Attorney for Defendant Equifax Information Services LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

-2-
NOTICE OF WITHDRAWAL OF STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

# CERTIFICATE OF SERVICE

YASIN v DEFENDANT EQUIFAX, et al, CASE NO: CV 08 1234 MMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On July 15, 2008, I served a true copy of the

NOTICE OF WITHDRAWAL OF STIPULATION REQUESTING CHANGE OF HEARING TIME

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> James S. Knopf
> Law Offices of James S. Knopf
> 1840 Gateway Drive, Suite 200
> San Mateo, California 94404
>
> Seth Lehrman
> Lehrman& Lehrman, PA
> 1801 North Pine Island Rd., Suite 103
> Plantation, Florida 33322
>
> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 15, 2008 at Atlanta, Georgia.

/S/ STEPHANIE COPE
STEPHANIE COPE

-3-
NOTICE OF WITHDRAWAL OF STIPULATION REQUESTING CHANGE OF HEARING TIME
CASE NO.: 3:08-CV-01234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT DREW, | No. C 07-00726 SI |
| Plaintiff, | **ORDER CONTINUING HEARINGS, DIRECTING SUPPLEMENTAL BRIEFING, AND MODIFYING BRIEFING SCHEDULE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, et al. | |
| Defendants. | |

In order to better evaluate defendants' motion for summary judgment, the Court hereby **CONTINUES the hearings on summary judgment and motion to strike expert testimony until Friday, August 15, 2008 at 9:00 a.m.** to allow for supplemental briefing.

Plaintiff shall submit an amended brief opposing summary judgment no later than **July 18, 2008**. Plaintiff's amended brief shall **describe *and cite to*** the specific evidence in the record supporting each of the seven remaining claims. Plaintiff shall not make any new legal arguments or cite to any new cases in his amended brief. Defendants may submit amended replies no later than **August 1, 2008**.

Plaintiff shall also submit an opposition to defendants' joint objections and motion to strike inadmissible evidence no later than **August 1, 2008**. Plaintiff's opposition shall explain in detail why plaintiff failed to timely designate expert Richard H. Blum. In addition, plaintiff shall make Mr. Blum available for deposition prior to July 25, 2008, if defendants wish to depose him. Defendants may cite to Blum's deposition in their amended replies, if they so desire.

The motions for summary judgment and motion to strike expert testimony shall be heard on **August 15, 2008**. At this hearing, parties should be prepared to discuss whether equitable tolling applies, whether the actions of the credit reporting agencies were reasonable in the particular

circumstances of this case, whether the banks were reasonable in their investigations prior to issuing credit to the individual who stole plaintiff's identity, whether the banks were reasonable in handling plaintiff's disputes and in responding to the credit reporting agencies' inquiries, and whether California Civil Code § 1785.20.3(a) preempts a common law negligence claim against the banks.

**IT IS SO ORDERED.**

Dated: July 11, 2008

SUSAN ILLSTON
United States District Judge

2