IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant | No. C-08-1234 MMC<br><br>**ORDER VACATING JULY 18, 2008 HEARING ON MOTION TO DISMISS** |

　　　Before the Court is defendant Equifax Information Services, LLC's Motion to Dismiss, filed May 12, 2008.  Plaintiff Sharon D. Yasin has filed opposition, to which defendant has replied.  Having read and considered the papers submitted in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the papers, see Civil L.R. 7-1(b), and VACATES the hearing scheduled for July 18, 2008.[1]

　　　**IT IS SO ORDERED.**

Dated: July 15, 2008

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties' stipulation, filed July 10, 2008, by which they seek to move the time of the July 18, 2008 hearing is DENIED as moot.