THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

JOHN ANTHONY LOVE [Pro Hac Vice]
GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice]
GA Bar No: 214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No:  08-cv-01234 MMC<br><br>**ANSWER OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

COMES NOW Defendant Equifax Information Services LLC ("EIS"), through its undersigned counsel, and for its answer and defenses to Plaintiff's First Amended Class Action Complaint ("Amended Complaint"), states as follows:

5000867                                                    - 1 -

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Defendant EIS denies each and every allegation, whether express or implied, of the Amended Complaint not expressly and unequivocally admitted in this Answer. As to all allegations denied herein for lack of information, Defendant EIS lacks sufficient information to form a belief as to the truth of the allegations and, therefore, those allegations are denied.

Responding to the separately numbered paragraphs of the Amended Complaint, Defendant EIS answers as follows:

## ANSWER

## JURISDICTION

1. Defendant EIS admits that Plaintiff purports to bring this case as a class action, but denies that this case is appropriate for class treatment. Defendant EIS admits that jurisdiction is proper in this Court. Defendant EIS denies the remaining allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

2. Defendant EIS admits the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3. Defendant EIS admits that it is a business entity doing business in the state of California, but denies that it is a citizen of California. Defendant EIS admits that it is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f). Defendant EIS denies the remaining allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

## VENUE

4. To the extent that Plaintiff can maintain this action, which Defendant EIS denies, it admits venue is proper in this Court. Defendant EIS admits the allegations contained in subsection a of Paragraph 4 of Plaintiff's Amended Complaint. Defendant EIS denies the allegations contained in subsection b of Paragraph 4 of Plaintiff's Amended Complaint. Defendant EIS admits the allegations contained in subsection c of Paragraph 4 of Plaintiff's Amended Complaint, except that Defendant EIS denies that it is a citizen of the State of California.

5000867

- 2 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

1      5.    Defendant EIS is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint and therefore denies them.

## FACTS COMMON TO ALL COUNTS

6.    Defendant EIS is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 6 of Plaintiff's Amended Complaint and therefore denies them. Defendant EIS denies the allegations contained in the second sentence of Paragraph 6 of Plaintiff's Amended Complaint. Defendant EIS admits that it is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f). Defendant EIS denies the remaining allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

7.    Defendant EIS admits the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint.

8.    Defendant EIS denies the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint.

9.    Defendant EIS denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

10.    Defendant EIS denies the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint.

11.    Defendant EIS denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

12.    Defendant EIS denies the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint.

13.    Defendant EIS denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14.    Defendant EIS denies the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15.    Defendant EIS denies the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

5000867

- 3 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

16. Defendant EIS denies the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17. Defendant EIS denies the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

## CLASS ACTION ALLEGATIONS

18. Defendant EIS admits that Plaintiff purports to bring claims on behalf of an alleged class pursuant to Fed. R. Civ. P. 23 and that the proposed class is defined in paragraphs 18 and 19. Defendant EIS denies that the case is appropriate for class treatment and that the alleged class is properly defined. Defendant EIS denies the remaining allegations in paragraph 18 of Plaintiff's Amended Complaint.

19. Defendant EIS admits that plaintiff purports to seek certification of a class pursuant to Fed. R. Civ. P. 23 and that the proposed class is defined in paragraphs 18 and 19. To the extent any allegations contained herein are alleged as against Defendant EIS, Defendant EIS denies the allegations in paragraph 19 of Plaintiff's Amended Complaint.

20. Defendant EIS denies the allegations in paragraph 20 of Plaintiff's Amended Complaint.

21. Defendant EIS denies the allegations in paragraph 21 of Plaintiff's Amended Complaint.

22. Defendant EIS denies the allegations in paragraph 22 of Plaintiff's Amended Complaint.

23. Defendant EIS is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 23 of Plaintiff's Amended Complaint and therefore denies them. Defendant EIS denies the remaining allegations in paragraph 23 of Plaintiff's Amended Complaint.

24. Defendant EIS denies the allegations in paragraph 24 of Plaintiff's Amended Complaint. Further, the Court has ruled that injunctive and equitable relief is not an available remedy in this case.

5000867

- 4 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

25. Defendant EIS denies the allegations in paragraph 25 of Plaintiff's Amended Complaint.

26. Defendant EIS denies the allegations in paragraph 26 of Plaintiff's Amended Complaint. Further, the Court has ruled that such equitable relief is not an available remedy in this case.

27. Defendant EIS denies the allegations in paragraph 27 of Plaintiff's First Amended Class Action Complaint. Further, the Court has ruled that such equitable relief is not an available remedy in this case.

28. Defendant EIS denies the allegations in paragraph 28 of Plaintiff's Amended Complaint.

## COUNT ONE-REASONABLE PROCEDURES

### Alleged Violations of the FCRA - 15 U.S.C. §1681 et seq. by Defendant Equifax

29. In response to Paragraph 29 of Plaintiff's Amended Complaint, Defendant EIS reasserts and realleges its responses and defenses to paragraphs 1 through 18 and 20 through 28 above as if fully set forth verbatim herein.

30. In response to Paragraph 30 of Plaintiff's Amended Complaint, Defendant EIS admits that it is a consumer reporting agency as that term is defined by the Federal Fair Credit Reporting Act.

31. Defendant EIS denies the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint.

32. Defendant EIS denies the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint.

33. Defendant EIS denies the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

## COUNT TWO-FILE DISCLOSURE

### Alleged Violations of the FCRA - 15 U.S.C. §1681 *et seq.* by Defendant Equifax

34. In response to Paragraph 34 of Plaintiff's amended Complaint, Defendant EIS reasserts and realleges its responses and defenses to paragraphs 1 through 17 and 19 through 28

5000867 - 5 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

1  above as if fully set forth verbatim herein..

2      35.    In response to Paragraph 35 of Plaintiff's Amended Complaint, Defendant EIS
3  states that it is a consumer reporting agency as that term is defined by the Federal Fair Credit
4  Reporting Act.

5      36.    Defendant EIS denies the allegations contained in Paragraph 36 of Plaintiff's
6  Amended Complaint.

7      37.    Defendant EIS denies the allegations contained in Paragraph 37 of Plaintiff's
8  Amended Complaint.

9      38.    Defendant EIS denies the allegations contained in Paragraph 38 of Plaintiff's
10 Amended Complaint.

11 **PRAYER FOR RELIEF**

12     39.    Defendant EIS denies that Plaintiff is entitled to any of the relief requested in the
13 unnumbered "WHEREFORE" paragraph, including the allegations in subparts (A) through (F),
14 immediately following Paragraph 38.  Defendant also denies that this case is appropriate for class
15 treatment and further denies that Plaintiff is entitled to any relief from Defendant EIS.

16 **DEMAND FOR JURY TRIAL**

17     40.    Defendant EIS denies that there are any triable issues as to justify a trial by jury.

18 **DEFENSES**

19     41.    Without assuming the burden of proof where it otherwise rests with Plaintiff,
20 Defendant EIS pleads the following additional defenses to both the individual and class claims in
21 the Amended Complaint.

22 **FIRST DEFENSE**

23     42.    Plaintiff's Amended Complaint fails to state a claim against Defendant EIS upon
24 which relief can be granted.

25 **SECOND DEFENSE**

26     43.    Plaintiff's damages, if any, were not caused by Defendant EIS, but by another
27 person or entity for whom or for which Defendant EIS is not responsible.  Plaintiff's alleged
28

5000867      - 6 -

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

damages allegedly were not proximately caused by the acts, conduct, or omissions by Defendant EIS and Plaintiff was not injured by the provision(s) in the credit file about which she complains.

### THIRD DEFENSE

44. Defendant EIS maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

### FOURTH DEFENSE

45. Defendant EIS has complied with the provisions of the Fair Credit Reporting Act in its handling of Plaintiff's credit file, and is entitled to each and every defense afforded to it by that statute.

### FIFTH DEFENSE

46. Some or all of Plaintiff's claims against Defendant EIS may be barred by the applicable statute of limitations.

### SIXTH DEFENSE

47. Plaintiff's Claims are barred, in whole or part, by her failure to exercise reasonable diligence and her failure to mitigate her alleged damages.

### SEVENTH DEFENSE

48. Plaintiff has not alleged any injury in fact.

### EIGHTH DEFENSE

49. Plaintiff has not suffered any damages and therefore lacks standing to pursue the claims alleged herein.

### NINTH DEFENSE

50. Plaintiff's damages, if any, are caused by her own acts or omissions, or the acts or omissions of third parties other than Defendant EIS.

### TENTH DEFENSE

51. Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C. §1681n.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5000867                                                    - 7 -

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

**ELEVENTH DEFENSE**

52.     Plaintiff's Amended Complaint seeks the imposition of punitive damages. Defendant EIS adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).  Furthermore, Plaintiff's claim for punitive damages, if any, is unconstitutional in that it violates Defendant EIS's state and federal rights to due process and protection from excessive fines and penalties.

**TWELFTH DEFENSE**

53.     Defendant EIS hereby gives notice that it intends to rely upon any other defense that may become available or appear during the proceedings in this case and hereby reserves its right to amend its Answer and Defenses to assert any such defense.

**WHEREFORE**, having fully answered Plaintiff's Amended Complaint, Defendant EIS Information Services LLC prays for judgment as follows:

(1)     Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice, with costs taxed against Plaintiff;

(2)     That Defendant EIS be dismissed as a party to this action;

(3)     That Defendant EIS recover from Plaintiff its expenses of litigation, including attorneys' fees; and

(4)     That Defendant EIS recover such other and additional relief as the Court deems proper.

Dated this 23rd day of July, 2008.

KING & SPALDING

/s/
STEPHANIE COPE
J. ANTHONY LOVE
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

5000867

- 8 -

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No:   08-cv-01234 MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE

YASIN v DEFENDANT EQUIFAX, et al, CASE NO: CV 08 1234 MMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On July 23, 2008. I served a true copy of the

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

> Steven F. Grover, P.A.
> Steven F. Grover
> 1 East Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33301

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of July, 2008, at Laguna Beach, California

/s/
YVONNE M. HOMAN

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5000867

- 9 -

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
Case No: 08-cv-01234 MMC