**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

**C 08-1234 MMC      Sharon D. Yasin v. Equifax Information Services, LLC
C 09-0329 CRB      Obelia D. Villaflor v. Equifax Information Services, LLC**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the higher-numbered case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any date for hearing a noticed motion is vacated, and any motion must be re-noticed by the moving party to be heard before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for any appearance in court, which will be rescheduled by the undersigned.

**DATED:**  February 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge