THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS, II [Pro Hac Vice]
Georgia Bar No. 336104
JOHN ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　　Defendant. | Case No:   08-CV-01234 MMC<br><br>**[PROPOSED]** ORDER GRANTING IN PART **JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>**The Honorable Maxine M. Chesney** |

　　　Plaintiff Sharon D. Yasin ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") have moved this Court to continue pre-trial deadlines in present case.  Whereas the April 3, 2009 deadline for class certification motions was set when the now-related case *Villaflor v. Equifax Information Services*, Case No. 3:09-cv-00329-MMC was then pending in the Central

5060742

-1-

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES
CASE NO.: 08-CV-01234 MMC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

1  District with a motion to transfer to the Northern District of California on file, and *Villaflor* has
2  now been transferred to this District and designated as a related case to this action. As the parties
3  are continuing to mediate this action and given the recent transfer of *Villaflor*, this Court orders
4  that the April 3, 2009 deadline for filing a motion for class certification is vacated and ~~reset to~~ will be reset at the June 26, 2009 Case Management Conference,
5  ~~December 18, 2009~~, and the deadline to amend the pleadings and/or add class representatives is
6  set for September 13, 2009.
7       SO ORDERED, this __6th__ day of April, 2009.
8
9                          */s/ Maxine M. Chesney*
10                         Judge, United States District Court

5060742

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

-2-
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES
CASE NO.: 08-CV-01234 MMC