UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON D. YASIN, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant | Case No: 3:08-CV-01234 MMC<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

CONSIDERING the foregoing Stipulation of Dismissal without Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, SHARON D. YASIN against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby dismissed, without prejudice, each party to bear her/its own fees and costs.

The dismissal of this action shall not preclude the parties in any case, including the case styled *Obelia D. Villaflor v. Equifax Information Services, LLC* (Case No. 3:09-CV-00329-MMC), from asserting any claim or defense.

DATED: __June 18, 2009_____     _____
HON. MAXINE M. CHESNEY, JUDGE
UNITED STATES DISTRICT COURT